FILED

NOV 1 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, CA 95113
   Telephone: (408) 535-5084
7  Fax: (408) 535-5066
   E-Mail: John.Glang@usdoj.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 11-00090-DLJ
                                     )
14         Plaintiff,                )
                                     )   NOTICE OF DISMISSAL
15     v.                            )
                                     )
16  HALEY JANE WRIGHT,               )
                                     )
17         Defendant.                )
                                     )
18  _____  )

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses counts one, eleven,

21  twenty, and the drug forfeiture allegation in the above indictment against defendant Haley Jane

22  Wright without prejudice.

23  DATED:                              Respectfully submitted,
24
                                        MELINDA HAAG
25                                      United States Attorney

26
                                             /s/
27                                      MIRANDA KANE (CABN 150630)
                                        Chief, Criminal Division
28

NOTICE OF DISMISSAL (CR 11-00090-DLJ

1  Leave is granted to the government to dismiss counts one, eleven, twenty, and the drug
2  forfeiture allegation in the above indictment against defendant Haley Jane Wright without
3  prejudice.
4
5  Date: Nov 15, 2011

                                                    D. LOWELL JENSEN
                                                    United States District Judge
                                                      Northern District of California